[No. 65608-2-I. Division One. November 7, 2011.]

STONEWOOD DESIGN, INC., *Respondent*, v. HERITAGE HOMES, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-20278-0, Mary Yu, J., entered May 21, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Leach, J. Now published at 165 Wn. App. 720.

[No. 65726-7-I. Division One. November 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JAY FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 10-1-00087-0, Alan R. Hancock, J., entered July 6, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Spearman, JJ.

[No. 65816-6-I. Division One. November 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WOODIE DEWAYNE KEES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02297-6, Regina S. Cahan, J., entered August 2, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker and Spearman, JJ.

[No. 65857-3-I. Division One. November 7, 2011.]

EMERALD GARDENS CONDOMINIUM ASSOCIATION, *Appellant*, v. U.S. BANK, NA, *as Trustee, Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-05434-9, Kenneth L. Cowsert, J., entered July 23, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Leach, A.C.J., concurred in by Cox and Ellington, JJ.